

Seyfarth Shaw LLP

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

jegan@seyfarth.com

T (212) 218-5291

www.seyfarth.com

# MEMO ENDORSED

June 9, 2021

**VIA ECF & EMAIL**

Hon. Edgardo Ramos
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 619
New York, NY 10007
ChambersNYSDRamos@nysd.uscourts.gov

> Defendant's request for an extension of time to July 14, 2021, to respond to the Complaint is granted.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated:  06/09/2021
> New York, New York

**Re:**   *John A. Benedetto v. Starbucks Corporation, et al.*
        **Civil Action No.: 1:21-cv-02943-ER (S.D.N.Y.)**

Dear Judge Ramos:

        This firm represents Defendant Starbucks Corporation ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff John A. Benedetto ("Plaintiff"), to respectfully request a 30-day extension of time for Defendant to respond to the Complaint, up to and including July 14, 2021.

        By way of background, Plaintiff commenced this action on or about April 6, 2021. (ECF No. 1.)  Defendant executed a waiver of service on April 14, 2021, and Defendant's responsive pleading is currently due on June 14, 2021.  (ECF No. 8.)

        This letter is the first request for an extension of Defendant's responsive pleading deadline.  Defendant is requesting this extension to provide additional time to investigate the allegations in the Complaint, and to explore a potential non-litigated resolution with Plaintiff, which is currently under discussion between the parties. We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

        We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled  dates. We thank the Court for its time and attention to this matter.

71664625v.1



Hon. Edgardo Ramos
June 9, 2021
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:     All counsel of record (via ECF)